# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1653

_____

| | | |
|---|---|---|
| Gene Vernal Lodermeier, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of South Dakota. |
| Robert Dooley, Warden for the | * | |
| Springfield Correctional Facility, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  October 18, 1999

Filed:  October 22, 1999

_____

Before BOWMAN, BEAM, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Gene Vernal Lodermeier challenges the district court's[1] denial of his 28 U.S.C. § 2254 motion.  After a review of Lodermeier's arguments and the record, we reject all of his contentions.  Because we agree with the district court's well-reasoned opinion, we affirm without further discussion.  See 8th Cir. R. 47B.

_____

[1]The Honorable John R. Jones, United States District Judge for the District of South Dakota.

A true copy.

Attest:

    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.